657 A.2d 1223

IN THE MATTER OF SCOTT A. TELSON,
AN ATTORNEY AT LAW.

May 30, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **SCOTT A. TELSON** of **EDISON,** who was admitted to the bar of this State in 1980, and who was suspended from the practice of law for six months, effective October 31, 1994, by Order of this Court dated October 4, 1994, be restored to the practice of law, effective immediately.

657 A.2d 1223

IN THE MATTER OF TERRY L. SHAPIRO,
AN ATTORNEY AT LAW.

May 30, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **TERRY L. SHAPIRO** of **NEWARK,** who was admitted to the bar of this State in 1974, and who was suspended from the practice of law for a period of six months effective December 1, 1994, by Order of this Court dated November 1, 1994, be restored to the practice of law, effective June 1, 1995.